UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TONY KNOX, et al, )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>ALLSTATE PROPERTY AND )<br>CASUALTY COMPANY, et al., )<br>)<br>    Defendants ) | 2:20-cv-00155-JAW |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 11, 2020 (ECF No. 7), the Court affirms the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

Accordingly, it is ORDERED that the Recommended Decision (ECF No. 7) of the Magistrate Judge be and hereby is AFFIRMED, and the Court DISMISSES the Plaintiffs' Complaint (ECF No. 1) without prejudice.[1]

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2020

---

[1] The Magistrate Judge granted the Plaintiffs' motion for leave to proceed in forma pauperis. *Order Granting Mot. for Leave to Proceed In Forma Pauperis (*ECF No. 5). The Magistrate Judge's order on the Plaintiffs' in forma pauperis motion is on a non-dispositive matter, was favorable to the Plaintiffs, has not been appealed, and is final, requiring no further action by this Court. 18 U.S.C. § 636(b)(1)(A).